IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| Doyle Taylor, | : | |
| | : | |
| Plaintiff(s), | : | |
| | : | Case Number: 1:09cv259 |
| vs. | : | |
| | : | Chief Judge Susan J. Dlott |
| Industrial Commission of Ohio, et. al., | : | |
| | : | |
| Defendant(s). | : | |

ORDER

The Court has reviewed the Report and Recommendation of United States Magistrate

Judge Timothy S. Hogan filed on February 23, 2010 (Doc. 9), to whom this case was referred

pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the

time for filing such objections under Fed. R. Civ. P. 72(b) expired March 12, 2010, hereby

ADOPTS said Report and Recommendation.

Accordingly, Defendant Weisser's Motion to Dismiss for Failure to State a Claim upon

which relief may be granted pursuant to Rule 12(b)(6) (Doc. 3) is **GRANTED.**

Defendant Industrial Commission of Ohio's Motion to Dismiss (Doc. 5) is **GRANTED.**

Plaintiff's Complaint is **DISMISSED** and this case is **TERMINATED** upon the Court's

docket.

IT IS SO ORDERED.


   s/Susan J. Dlott_____
Chief Judge Susan J. Dlott
United States District Court